

**NUMBER 13-13-00482-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**BRADFORD CONDIT,**                                     **Appellant,**

**v.**

**FIRST COMMUNITY BANK,**                              **Appellee.**

---

**On appeal from the 347th District Court
of Nueces County, Texas.**

---

**O R D E R**

**Before Justices Benavides, Perkes, and Longoria
Order Per Curiam**

This cause is before the Court on appellant's unopposed motion to withdraw original exhibits. Appellant requests to withdraw the original exhibits filed in this case in order to prepare the appellant's brief in this cause. The original exhibits A – I were filed with this Court on November 12, 2013.

The Court, having fully examined and considered appellant's motion to withdraw original exhibits of the opinion that the motion should be granted. Appellant's motion is hereby GRANTED. The Honorable Bradford M. Condit, counsel for appellant, is hereby ORDERED to return the original exhibits, A – I to this Court on or before January 10, 2014.

PER CURIAM

Delivered and filed the
20th day of December, 2013.